# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIE ANNE MACKIE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-19-191-RAW-SPS |
| | ) |
| ANDREW SAUL, | ) |
| **Commissioner of Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On March 24, 2020, Magistrate Judge Shreder entered a minute order (#16), recommending that this case be dismissed for failure to prosecute. No objection has been filed. The recommendation is adopted.

It is the order of the court that this action is hereby dismissed without prejudice.

**ORDERED THIS 26th DAY OF MAY, 2020.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma